1   Daniel G. Bogden
United States Attorney
2   Sean C. Jones
Special Assistant United States
3   Attorney
333 Las Vegas Boulevard, Suite 5000
4   Las Vegas, Nevada 89101
(702)388-6336
5
Attorneys for Plaintiff
6   United States of America

7

8                    UNITED STATES DISTRICT COURT

9                        DISTRICT OF NEVADA

10

11   **United States of America**,

                                          2:13-cr-430-JAD-VCF
12                       Plaintiff,

                                          **Criminal Superseding Information**
13        v.                              2422 (b(3))
                                          18 U.S.C. § 2242(a)
14   **Nathan Bowerbank**,                Coercion and Enticement

15                       Defendant.

16

17   THE UNITED STATES ATTORNEY CHARGES:

18
                                **Count One**
19                         Coercion and Enticement

20        On or about September 18, 2013, in the District of Nevada,

21                        NATHAN BOWERBANK,

22   defendant herein, did knowingly persuade, induce, entice and coerce any individual

23   to travel in interstate commerce to engage in sexual activity for which any person

24   can be charged with a criminal offense.                          2422

25        In violation of Title 18, United States Code, Section 2242(a).

26

27

28                                          1

### Forfeiture Allegation One
(Coercion and Enticement)

1.    The allegations contained in Count One of this Superseding Criminal Information are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2428(a)(1).

2.    Upon conviction of the felony offense charged in Count One of this Superseding Criminal Information,

**NATHAN BOWERBANK,**

defendant herein, shall forfeit to the United States of America, any interest in any property, real or personal, used or intended to be used to commit or to facilitate the commission of violations of Title 18, United States Code, Section 2422:

a) One (1) Dell XPS Laptop Computer (Serial # 6GG6RC1).

All pursuant to Title 18, United States Code, Sections 2422 and 2428(a)(1).

### Forfeiture Allegation Two
(Coercion And Enticement)

1.    The allegations contained in Count One of this Superseding Criminal Information are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2428(b)(1)(A) and Title 28, United States Code, Section 2461(c).

2.    Upon conviction of the felony offense charged in Count One of this Superseding Criminal Information,

**NATHAN BOWERBANK,**

2

1 | defendant herein, shall forfeit to the United States of America, any property,

2 | real or personal, used or intended to be used to commit or to facilitate the

3 | commission of violations of Title 18, United States Code, Section 2422:

4 |       a) One (1) Dell XPS Laptop Computer (Serial # 6GG6RC1).

5 |       All pursuant to Title 18, United States Code, Section 2422; and Title 18,

6 | United States Code, Sections 2428(a)(1) and (b)(1)(A) and Title 28, United States

7 | Code, Section 2461(c).

8 |

9 | DATED: July 23, 2014.

10 |

11 |                   DANIEL G. BOGDEN

                  United States Attorney

12 |

13 |

14 |                   Sean C. Jones

                  Special Assistant United States Attorney

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |