```
_____ FILED        _____ RECEIVED
_____ ENTERED      _____ SERVED ON
                   COUNSEL/PARTIES OF RECORD

        NOV 19 2014

   CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 2:13-CR-430-JAD-(VCF) |
| | ) |
| NATHAN BOWERBANK, | ) |
| | ) |
| Defendant. | ) |

**FINAL ORDER OF FORFEITURE**

On July 23, 2014, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 2428(a)(1) and (b)(1)(A) based upon the plea of guilty by defendant NATHAN BOWERBANK to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Superseding Information and shown by the United States to have the requisite nexus to the offense to which defendant NATHAN BOWERBANK pled guilty. Criminal Superseding Information, ECF No. 27; Plea Agreement, ECF No. 29; Preliminary Order of Forfeiture, ECF No. 31; Change of Plea, ECF No. 32.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from August 16, 2014, through September 14, 2014, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 33.

. . .

1  This Court finds no petition was filed herein by or on behalf of any person or entity and the
2  time for filing such petitions and claims has expired.
3  This Court finds no petitions are pending with regard to the assets named herein and the time
4  for presenting such petitions has expired.
5  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
6  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
7  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
8  32.2(c)(2); Title 18, United States Code, Section 2428(a)(1) and (b)(1)(A); and Title 21, United States
9  Code, Section 853(n)(7) and shall be disposed of according to law:
10  One (1) Dell XPS Laptop Computer (Serial # 6GG6RC1).
11  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds,
12  including but not limited to, currency, currency equivalents, certificates of deposit, as well as any
13  income derived as a result of the United States of America's management of any property forfeited
14  herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.
15  The Clerk is hereby directed to send copies of this Order to all counsel of record and three
16  certified copies to the United States Attorney's Office.
17  DATED this 19th day of November, 2014.

_____
UNITED STATES DISTRICT JUDGE