RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
SUNETHRA MURALIDHARA
Assistant Federal Public Defender
Nevada State Bar No. 13549
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Sunethra_Muralidhara@fd.org

Attorney for Nathan Bowerbank

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NATHAN BOWERBANK,<br><br>Defendant. | Case No. 2:13-cr-00430-JAD-VCF<br><br>**STIPULATION TO CONTINUE HEARING FOR MODIFICATION OF CONDITIONS OF SUPERVISION**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Daniel Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Sunethra Muralidhara, Assistant Federal Public Defender, counsel for Nathan Bowerbank, that the Hearing for Modification of Conditions of Supervision currently scheduled on August 7, 2018 at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel requires additional time to prepare, investigate, and discuss the case with Defendant.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the second request for a continuance of the hearing.

DATED this 1st day of August, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| */s/ Sunethra Muralidhara*<br>By_____<br>SUNETHRA MURALIDHARA<br>Assistant Federal Public Defender | */s/ Daniel Cowhig*<br>By_____<br>DANIEL COWHIG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

NATHAN BOWERBANK,

    Defendant.

Case No. 2:13-cr-00430-JAD-VCF

**ORDER**

    IT IS ORDERED that the hearing for Modification of Conditions of Supervision currently scheduled for Tuesday, August 7, 2018 at 10:00 a.m., be vacated and continued to September 4, 2018, at the hour of 9:00 a.m.

    DATED this 2nd day of August, 2018.

                                                                     UNITED STATES DISTRICT JUDGE